IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE MCQUADE** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:19-cv-1980** |
| | § | |
| **BYNOG CARRIERS, L.L.C.,** | § | |
| **ALVIN VEULEMAN, L.L.C. AND** | § | |
| **JUSTIN M. BYNOG** | § | **JURY TRIAL REQUESTED** |

### DEFENDANTS' INDEX OF DOCUMENTS FILED WITH REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§1446(a), 1447(b) and Local Rule 81, BYNOG CARRIERS, L.L.C., ALVIN VEULEMAN, L.L.C. and JUSTIN BYNOG, Defendants in the above-entitled and numbered cause, files the following documents with the removed action:

1. **Harris County Docket Sheet;**

2. **Plaintiff's Original Petition;**

3. **Civil Process Request for Citation issued upon Bynog Carriers;**

4. **Civil Process Request for Citation issued upon Alvin Veuleman, L.L.C.;**

5. **Civil Process Request for Citation issued upon Justin Bynog; and**

6. **List of Parties, Attorneys and Court from Which Case is Being Removed; and**

7. **Civil Cover Sheet.**

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

/s/ Lee D. Thibodeaux
Lee D. Thibodeaux
Southern District No. 68757
State Bar No. 19834200
750 Bering, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:   (713) 266-1064
lthibodeaux@ramey-chandler.com
**ATTORNEY FOR DEFENDANTS
BYNOG CARRIERS, L.L.C.
ALVIN VEULEMAN, L.L.C.
AND JUSTIN M. BYNOG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel via facsimile on the 31st day of May, 2019.

Alan N. Magenheim
MAGENHEIM & ASSOCIATES
3701 Kirby Dr., Suite 913
Houston, Texas 77098

/s/ Lee D. Thibodeaux
Lee D. Thibodeaux