# Harris County Docket Sheet

## 2019-24308

**COURT:** 334th
**FILED DATE:** 4/4/2019
**CASE TYPE:** Motor Vehicle Accident



### MCQUADE, LORIE

Attorney: MAGENHEIM, ALAN NEIL

**vs.**

### BYNOG CARRIERS L L C

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

Unofficial Copy Office of Marilyn Burgess District Clerk